980 So.2d 711 (2008)
Linette M. CURTIS
v.
MORGAN KEEGAN & COMPANY, INC., ABC Insurance Company, J. Ronald Atchley and XYZ Insurance Company.
No. 2008-CC-0665.
Supreme Court of Louisiana.
May 16, 2008.
In re Atchley, J. Ronald;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. I, No. 04-9353; to the Court of Appeal, Fourth Circuit, No. 2007-C-0903.
Denied.
VICTORY, J., would grant.
TRAYLOR, J., would grant.